J. M. SAUCER, *Petitioner,* v. THE STATE OF FLORIDA, *Respondent.*

*Certiorari,* Seminole County, No. 2.

PER CURIAM.—The judgment herein rendered by the County Judge and affirmed by the Circuit Court is quashed on the authority of the case of Saucer v. State, No. 1, this day filed.

All concur.